# GANZ WOLKENBREIT & SIEGFELD LLP

ATTORNEYS AT LAW
ONE COLUMBIA CIRCLE
ALBANY, NEW YORK 12203
(518) 869-9500 ● FAX: (518) 869-9556
www.gwlaw.com

JED B. WOLKENBREIT
ROBERT E. GANZ
DAVID E. SIEGFELD
CONOR E. BROWNELL
BETH E. CAREY

LIANNE S. PINCHUK
   *COUNSEL*

RICHARD H. FRIEDMAN (1977-2007)
_____

NEW YORK OFFICE
230 PARK AVENUE, SUITE 1000
NEW YORK, NEW YORK 101069
(212) 984-1070 ● FAX: (212) 984-1071

January 9, 2014

Hon. Glenn T. Suddaby
United State District Court
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

Re:    Aveos Fleet Performance Inc. v. Vision Airlines, Inc.
       Case No.: 11-CV-00950 (GTS/CFH)

Dear Judge Suddaby:

    In response to your text order (Docket #70) please be advised that Defendant's Mediation Statement submitted prior to mediation did in fact inform the mediator that Mike Smith would be Defendant's representative at the mediation with full settlement authority.

                      Very truly yours,

                      GANZ WOLKENBREIT & SIEGFELD, LLP

                      Robert E. Ganz
                      reg@gwlaw.com

REG/jbm
cc (via ecf):    John Maggio, Esq.
                 Brian Foont, Esq.

00075400.DOCX